Sarah E. Lockwood, Appellant, v. The Salmon River Paper Company and F. D. Kilburn, as Trustee, etc., and others, Respondents. — Order reversed. with costs and printing disbursements, and motion for retaxation in each

case granted, with costs. Opinion by Putnam, J.